FILED
AUG 30 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Affidavit

STATE OF WEST VIRGINIA

COUNTY OF RALEIGH

COMES NOW the Affiant, Dee L. Orman Saunders, under penalty of perjury and sayeth:

Today, the 16th of August, between 8:30 and 9:00 AM, Counselor John Grimes entered my living quarters. He saw boxes I was packing for my release which was scheduled for August 17th, 2010 (tomorrow), according to Mr. Grimes and Case Manager Smith at my last "Unit Team".

Mr. Grimes began the assault by saying, "Goddammit! What the fuck is going on with these boxes?"

I responded that I was packing for the date which he and Case Manager Smith had told me was my "out date" recently at Team.

He then said, "Get those motherfucking boxes out of this cube!"

I asked where he wanted me to put them, and he replied that he did not care as long as I got them out of my cube (living quarters). Grimes then began throwing my clothes and belongings on the floor and bed, while cursing at me. I sat in a chair in the corner, trapped between the locker and desk.

Without provocation, he then kicked me, though I was seated, injuring my knee. I was not going to stay there and be further assaulted, and left my quarters. I went to the commissary, but my knee hurt so badly that I went to the medical department to have them look at it. Assistant Medical Administrator Bailey was there. When he saw and heard what Counselor Grimes had done, he called the (acting) Camp Administrator, Vicki Blankenship, who in turn called S.I.S. (the prison's investigative unit). Officers Saunders and Gibson came to interview me and promised to investigate and return the following day to discuss my filing charges against Grimes.

I am 69 years old, and have had past troubles with Mr. Grimes when I agreed to be a witness for Mr. Ray Lewis, (when Grimes planted a knife in his belongings in 2007), and again in 2009 when Grimes refused to allow me to get help for my eyes, and I circumvented him to get the surgery so I could see. This is a dangerous individual.

Further the Affiant sayeth not, and swears the foregoing to be true pursuant to 28 U.S.C. §1746.

Executed this 16th day of August, 2010.   *Dee L. Orman Saunders*

Lieutenant Hussion,                                    August 18, 2010

    I was promised that Officers Saunders and Gibson would be here at the Camp yesterday to offer me the opportunity to press charges against Counselor John Grimes for assault and battery on August 16th, but they did not come, nor have they come today.

    This affidavit has been sent to the U.S. District Court and others. If those in charge of the institution will not see that criminal activity by its staff is investigated and punished, then I will seek those outside the prison walls who will.

Thank you,

*Dee Orman Saunders* (signature)

Dee L. Orman Saunders

Peter Mitrano
No. 72996-083
FCI Beckley Camp
P.O. Box 350
Beaver, West Virginia 25813

U.S. MARSHALS SERVICE
X-RAYED
BY:

The Honorable Irene C. Berger
United States District Court for the
Southern District of West Virginia
P.O. Box 2546
Charleston, West Virginia 25329

CHARLESTON WV 250
23 AUG 2010 PM 2 L