IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DEEORMAN L. SAUNDERS,

        Plaintiff,

v.                        CIVIL ACTION NO.  5:10-cv-01060

COUNSELOR JOHN GRIMES,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Plaintiff's complaint, the Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                ENTER:     June 18, 2013

*[signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA